Christopher Brady [CB4138]
Orlee Goldfeld [OG4142]
BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
*Attorneys for Defendant Amerimade Coat Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ARDENT APPAREL S.A., | 08 CV 2139 (NRB)(RLE) |
|---|---|
| Plaintiff, | |
| - against - | STIPULATION AND ORDER |
| AMERIMADE COAT INC., | |
| Defendant. | |

    It is hereby stipulated and agreed to between the parties, Plaintiff Ardent Apparel S.A. and Defendant Amerimade Coat Inc. ("Amerimade") that Amerimade's time to answer or otherwise move with respect to Plaintiff's Complaint is hereby extended for thirty days through April 9, 2008. Amerimade hereby waives any service objections.

Dated: March 24, 2008

s/ Carol Morokoff

Carol Morokoff [CM-4890]
MAIDENBAUM & ASSOCIATES P.L.L.C.
Once Broadcast Plaza, Suite 218
Merrick, New York 11566
(516) 223-8553

*Attorneys for Plaintiff*

s/ Orlee Goldfeld

Christopher Brady [CB4138]
Orlee Goldfeld [OG4142]
BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110

*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.
3/31/08