Carol G. Morokoff [CM4890]
MAIDENBAUM & ASSOCIATES P.L.L.C.
One Broadcast Plaza
Suite 218
Merrick, New York 11566
(516) 233-8553
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARDENT APPAREL, S.A.,

                Plaintiff,                                 08 CV 2139(NRB)(RLE)

    -against-

AMERIMADE COAT INC.,

                Defendant.
------------------------------------------------------------X
AMERIMADE COAT INC.,

                Counterclaim Plaintiff,                     REPLY

    -against-

ARDENT APPAREL S.A. and
C.N. INDUSTRIES,

                Counterclaim Defendants.
------------------------------------------------------------X

       The Counterclaim Defendants, Ardent Apparel S.A. and C.N. Industries, by their attorneys, Maidenbaum & Associates P.L.L.C., state as and for their answers to the counterclaims as follows:

       1. Denies each and every allegation contained in paragraph 12 of the counterclaim.

       2. Denies each and every allegation contained in paragraph 13 of the counterclaim.

       3. Denies each and every allegation contained in paragraph 14 of the counterclaim.

4. Denies each and every allegation contained in paragraph 15 of the counterclaim.

5. Denies each and every allegation contained in paragraph 17 of the counterclaim.

6. Denies each and every allegation contained in paragraph 21 of the counterclaim.

7. Denies each and every allegation contained in paragraph 22 of the counterclaim.

8. Denies each and every allegation contained in paragraph 23 of the counterclaim.

9. Denies each and every allegation contained in paragraph 24 of the counterclaim.

10. Denies each and every allegation contained in paragraph 27 of the counterclaim.

11. Denies each and every allegation contained in paragraph 28 of the counterclaim.

12. Denies each and every allegation contained in paragraph 29 of the counterclaim.

13. Denies each and every allegation contained in paragraph 32 of the counterclaim.

14. Denies each and every allegation contained in paragraph 34 of the counterclaim.

15. Denies each and every allegation contained in paragraph 35 of the counterclaim.

16. Denies each and every allegation contained in paragraph 36 of the counterclaim.

17. Denies each and every allegation contained in paragraph 37 of the counterclaim.

18. Denies each and every allegation contained in paragraph 38 of the counterclaim.

19. Denies each and every allegation contained in paragraph 39 of the counterclaim.

20. Denies knowledge and information sufficient to form a belief as to the veracity of the allegations made in paragraph 16 of the counterclaim.

21. Denies knowledge and information sufficient to form a belief as to the veracity of the allegations made in paragraph 18 of the counterclaim.

22. Denies knowledge and information sufficient to form a belief as to the veracity of the allegations made in paragraph 33 of the counterclaim.

WHEREFORE, the counterclaim defendants respectfully request this court deny the

instant counterclaims in their entirety and award such other, further and different relief as to the court seems just and proper.

Dated: Merrick, New York
May 2, 2008

Maidenbaum & Associates P.L.L.C.
Attorneys for Counterclaim Defendants

By: _____
Carol G. Morokoff (CM4890)
One Broadcast Plaza
Suite 218
Merrick, New York 11566
(516) 233-8553