UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ARDENT APPAREL S.A.,

                    Plaintiff.

   - against -

AMERIMADE COAT, INC.,

                    Defendant.

------------------------------------X

                    O R D E R

             08 Civ. 2139 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** Maidenbaum & Associates, PLLC has filed a letter motion to withdraw as counsel of record for the plaintiff; and

    **WHEREAS** counsel's motion is granted; and

    **WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel can result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

    **ORDERED** that any corporate entities named as defendants in the complaint have 30 days to retain new counsel and that failure to do so will result in dismissal for failure to prosecute; it is further

    **ORDERED** that, if plaintiff does retain substitute counsel, the initial pre-trial conference scheduled for today will be held on June 11, 2008 at 3:30pm.

DATED:   New York, New York
           May 6, 2008

                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE