```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------        08 CIV. 2139 (NRB)
Ardent Apparel S.A.,

              Plaintiff
                                      NOTICE OF APPEARANCE AND
                                      DEMAND FOR SERVICE OF PAPERS
     -against-

Amerimade Coat, Inc.

              Defendant
------------------------------
```

    PLEASE TAKE NOTICE that the undersigned has been retained as attorney for plaintiff Ardent Apparel S.A. and that the undersigned hereby appears in this action and that the undersigned demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated:    New York, New York
           June 11, 2008

                                      Yours, etc.

                                      S\Anthony F. LeCrichia
                                    Anthony F. LeCrichia (AL 2464)
                                    Attorney for Plaintiff
                                    245 East 33rd Street
                                    New York, New York 10016
                                    (212) 481-9866
                                    Fax.212.481.9866
                                    tony@lecrichia.com

To:  Butzel Long, P.C.
     Attorneys for Defendant
     380 Madison Avenue
     New York, New York 10017
     (212) 818-1110
     Fax.212.818.0494
     Attn: Christopher Brady
     brady@butzel.com
     Attn:  Orlee Goldfeld
     goldfeld@butzel.com

**CERTIFICATE OF SERVICE**

    Anthony F. LeCrichia, fully aware of the penalties of perjury, certifies the following:

    1.  I am of counsel to plaintiff herein.  As such, I am fully familiar with the facts herein set forth.

    2.  On June 11, 2008, your deponent served a copy of the accompanying notice of appearance and demand for service of papers:

```
To:  Butzel Long, P.C.
     Attorneys for Defendant
     380 Madison Avenue
     New York, New York 10017
     (212) 818-1110
     Fax.212.818.0494
     Attn: Christopher Brady
```

the address designed by said parties for the purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository, under the exclusive care and custody of the United States Postal Service and by facsimile transmission number 212.818.0494.

Dated:   New York, New York
           June 11, 2008

                                        S\Anthony F. LeCrichia
                                        Anthony F. LeCrichia