UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ARDENT APPAREL, S.A.,

        Plaintiff,

  - against -

AMERIMADE COAT INC.,

        Defendant.
------------------------------X
AMERIMADE COAT INC.,
        Counterclaim Plaintiff,

  - against -

ARDENT APPAREL S.A. and
C.N. INDUSTRIES,

        Counterclaim Defendants.
------------------------------X

O R D E R

08 Civ. 2139 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            August 21, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE